UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:08-cr-256

v.

HON. JANET T. NEFF

QUIENT PATRICK LEE,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant Quient Patrick Lee has filed a motion for modification or reduction of sentence (Dkt 27) pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to cocaine base (crack cocaine).

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 750 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to cocaine base (crack cocaine), and U.S.S.G. § 2D2.1(b). These modifications were made retroactive effective November 1, 2011. U.S.S.G. § 1B1.10(c).

However, the defendant is not entitled to a reduction in sentence. Defendant acknowledges that his new calculation does not result in a lower guideline range, and the Court finds no other basis on which to alter or amend his sentence.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 27) pursuant to 18 U.S.C. § 3582(c)(2) is DENIED.

DATED: December 12, 2012             /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge